THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ROBERT YOUKON, MILTON YOUKON, NICHOLAS YOUKON, PETER YOUKON, DOROTHY YOUKON, BLANCHE YOUKON and HELEN YOUKON. Appellants.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument denied. [See 309 N. Y. 657.]

WILLIAM ROSENFELD, on Behalf of Himself and All Other Stockholders of Fairchild Engine and Airplane Corporation, Similarly Situated, Appellant, *v.* FAIRCHILD ENGINE AND AIRPLANE CORPORATION et al., Respondents, et al., Defendants.

Submitted October 3, 1955; decided October 13, 1955.

Motion for reargument and to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 168.]

MIRIAM B. ROSENFIELD, Respondent, *v.* EDWARD M. ROSENFIELD, Appellant. MIRIAM B. ROSENFIELD, Respondent-Appellant, *v.* EDWARD M. ROSENFIELD, Appellant-Respondent; CHARLES R. BARRETT, Respondent.

Submitted October 3, 1955; decided October 13, 1955.

Motion to dismiss appeals of defendant and cross motion to dismiss appeal of plaintiff denied (see Rules of Court of Appeals, rule I).

SEA MODES, INC., et al., Respondents, *v.* LOUIS C. COHEN, Appellant.

Submitted October 10, 1955; decided October 13, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 309 N. Y. 1.]